IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 390

| TOMMY WILLIAM LINEBERGER and | ) | |
|---|---|---|
| MARCELLA WILSON LINEBERGER, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| CBS CORPORATION f/k/a Viacom, Inc. | ) | |
| (sued as successor-by-merger to CBS | ) | |
| Corporation f/k/a Westinghouse Electric | ) | |
| Corporation) and also as successor-in- | ) | |
| interest to BF Sturtevant, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Christopher B. Major's Application for Admission to Practice *Pro Hac Vice* of W. David Conner. It appearing that W. David Conner is a member in good standing with the South Carolina State Bar and will be appearing with Christopher B. Major, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Christopher B. Major's Application for Admission to Practice *Pro Hac Vice* (#28) of W. David Conner is **GRANTED**,

and that W. David Conner is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher B. Major.

Signed: January 10, 2017

Dennis L. Howell
United States Magistrate Judge