THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

TOMMY WILLIAM LINEBERGER and )
spouse MARCELLA WILSON )
LINEBERGER, )
                                                                      )
                Plaintiffs,    )
                                               )
          vs.                      )          <u>O R D E R</u>
                                               )
CBS CORPORATION, et al.,      )
                                               )
                Defendants.   )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 71].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 71] is **GRANTED**, and the Plaintiffs' claims against Defendant Rogers Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: January 25, 2017

Martin Reidinger
United States District Judge