# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-390

TOMMY WILLIAM LINEBERGER, et al., )
)
      Plaintiffs, )
)
vs. )     ORDER
)
CBS CORPORATION, et al., )
)
      Defendants. )
)

**THIS MATTER** is before the undersigned pursuant to an Application for Admission to Practice Pro Hac Vice (#104), which is governed under LCvR 83.1. In the application, Timothy Peck states that he is a member in good standing of the bar of this Court and he is moving for the admission pro hac vice of Sarena M. Holder. However, the application does not contain the address, telephone number or email address which is required under our Local Rules. For that reason, the application for admission will be denied without prejudice. Mr. Peck will be allowed by the Court to file an amended application for admission which contains the address, telephone number and email address of Sarena M. Holder.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#104) is **DENIED** without prejudice.

1

Signed: March 22, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge