IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 390

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and MARCELLA WILSON LINEBERGER, )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>CBS CORPORATION f/k/a Viacom, Inc. )<br>(sued as successor-by-merger to CBS )<br>Corporation f/k/a Westinghouse Electric )<br>Corporation) and also as successor-in- )<br>interest to BF Sturtevant, et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Elizabeth D. Scott's Application for Admission to Practice *Pro Hac Vice* of Lynn K. Brugh, IV. It appearing that Lynn K. Brugh, IV is a member in good standing with the Virginia State Bar and will be appearing with Elizabeth D. Scott, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Elizabeth D. Scott's Application for Admission to Practice *Pro Hac Vice* (#114) of Lynn K. Brugh, IV is **GRANTED**,

1

and that Lynn K. Brugh, IV is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Elizabeth D. Scott.

Signed: April 12, 2017

Dennis L. Howell
United States Magistrate Judge