THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CBS CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Claims against Defendant Siemens Corporation [Doc. 145].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 145] is **GRANTED**, and the Plaintiffs' claims against Defendant Siemens Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: November 14, 2017

Martin Reidinger
United States District Judge