# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 390

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER, and MARCELLA WILSON LINEBERGER, <br><br> Plaintiffs, <br><br> v. <br><br> CBS CORPORATION, et al., <br><br> Defendants. | ORDER |

Pending before the Court is the Motion to Stay [# 149]. While labeled a "Consent Motion to Stay Proceedings," Plaintiffs' counsel has not shown that consultation with defendants has occurred. See LCvR 7.1(b). Further, Plaintiffs' counsel has not filed a brief as required by LCvR 7.1(c).

Therefore, the Court **DISMISSES** the motion without prejudice [# 149]. Plaintiffs' counsel is **DIRECTED** to refile the motion—stating if the parties have conferred and stating opposing counsel's position(s). Contemporaneously and separately from the motion, Plaintiffs' counsel must file a brief.

Signed: January 3, 2018

Dennis L. Howell
United States Magistrate Judge