THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CBS CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Claims against Defendant RSCC Wire & Cable LLC [Doc. 148].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 148] is **GRANTED**, and the Plaintiffs' claims against Defendant RSCC Wire & Cable LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: January 8, 2018

Martin Reidinger
United States District Judge