# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| CBS CORPORATION, et al., ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 154].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 154] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 23, 2018

Martin Reidinger
United States District Judge