# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 390

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and MARCELLA WILSON LINEBERGER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )      ORDER<br>) |
| CBS CORPORATION, et al., | )<br>) |
| Defendants. | )<br>) |

Pending before the Court is Plaintiff's Consent Motion to Stay [# 153]. Plaintiffs ask the Court to stay this case in light of the bankruptcy of Bestwall LLC f/k/a/ Georgia-Pacific LLC. Plaintiffs cite 11 U.S.C. § 362(a)(1) and the Court's discretion as authority. In addition to Bestwall's bankruptcy, Plaintiffs offer the interests of judicial efficiency and economy as reasons to stay. Plaintiffs have not, however, provided sufficient reason to stay this case. After consulting with the District Court, the Court will deny the motion.

Accordingly, the Court **DENIES** the motion [# 153].

Signed: January 24, 2018

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge