THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

TOMMY WILLIAM LINEBERGER and )
spouse MARCELLA WILSON )
LINEBERGER, )
 )
              Plaintiffs, )
 )
     vs. )    **O R D E R**
 )
CBS CORPORATION, et al., )
 )
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 158].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 158] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Vanderbilt Minerals, LLC (successor by merger to R.T. Vanderbilt Company, Inc. and incorrectly identified as successor in interest to International Talc Co.) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 30, 2018

Martin Reidinger
United States District Judge