THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

TOMMY WILLIAM LINEBERGER and )
spouse MARCELLA WILSON )
LINEBERGER, )
)
                   Plaintiffs, )
)
     vs. )     **O R D E R**
)
CBS CORPORATION, et al., )
)
                   Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 162].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 162] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Pfizer, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 31, 2018

Martin Reidinger
United States District Judge