**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:16-cv-00390-MR-DLH**

| | |
|---|---|
| **TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**CBS CORPORATION, et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

    **THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 164].

    Upon review of the parties' motion,

    **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 164] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Occidental Chemical Corporation, incorrectly sued herein as Occidental Chemical Corporation f/k/a Hookers Chemical Co. (successor to Durez Corporation) are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.    Signed: January 31, 2018

Martin Reidinger
United States District Judge