# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00390-MR-DLH

TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER,

    Plaintiffs,

vs.

CBS CORPORATION, et al.,

    Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 168].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 168] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant General Cable Corporation are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

Signed: January 31, 2018

Martin Reidinger
United States District Judge