THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CBS CORPORATION, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 178].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 178] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Graybar Electric Company, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 2, 2018

Martin Reidinger
United States District Judge