THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| CBS CORPORATION, et al., ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 170].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 170] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant International Paper Company are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: February 2, 2018

Martin Reidinger
United States District Judge