THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

| | |
|---|---|
| TOMMY WILLIAM LINEBERGER and spouse MARCELLA WILSON LINEBERGER, ) ) ) ) Plaintiffs, ) ) vs. ) ) CBS CORPORATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal [Doc. 183].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Dismissal [Doc. 183] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Plastics Engineering Company (d/b/a Plenco) and its wholly owned subsidiaries are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 22, 2018

Martin Reidinger
United States District Judge