THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00390-MR-DLH

TOMMY WILLIAM LINEBERGER and )
spouse MARCELLA WILSON )
LINEBERGER, )
)
                 Plaintiffs, )
)
      vs. )         **O R D E R**
)
CBS CORPORATION, et al., )
)
                 Defendants. )
_____ )

**THIS MATTER** is before the Court on the Defendant CNA Holdings, Inc.'s Motion for Summary Judgment [Doc. 186] and the parties' Joint Motion to Dismiss [Doc. 188].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 188] is **GRANTED**, and the Plaintiffs' claims against Defendant CNA Holdings, Inc. f/k/a Celanese Corporation, f/k/a Hoechst Celanese Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 186] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 15, 2018

Martin Reidinger
United States District Judge